OPINION — AG — THE DEALER'S COMMISSION (DEPARTMENT OF WILDLIFE CONSERVATION) FOR SELLING VARIOUS LICENSES, AS SET FORTH IN 29 O.S. 1961 106 [29-106](I) (FISHING LICENSE), MAY NOT BE ADDED TO THE PRICE OF VARIOUS LICENSES PRESCRIBED BY THE LEGISLATURE, BUT SAID COMMISSION SHOULD BE DEDUCTED FROM THE PRICE DESIGNATED BY THE APPROPRIATE STATUTE. CITE: 29 O.S. 1961 201 [29-201], 29 O.S. 1961 203 [29-203], 29 O.S. 1961 106 [29-106] (LEE COOK)